FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

2025 DEC 18  PM 3: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

R C

**JOSE MARIA DeCASTRO,**
      Plaintiff,

v.             Case No. _____

**CITY OF DUNCAN, OKLAHOMA,** et al.,
      Defendants.

CV25 - 11981-SB(ADS)

**EXHIBIT LIST**

**EXHIBIT A:**    Probable Cause Affidavit
           Date: September 9, 2025
           Affiant: Detective Suzannahe Smith, Duncan Police Department
           Notary: Lori Adams, Duncan Police Department employee
           Pages: 3

**EXHIBIT B:**    Information (Charging Document)
           Case No.: CM-2025-539
           Filed: December 10, 2025
           Charges: Three counts Loiter/Injure/Molest Motor Vehicle (21 O.S. § 1787)
           Pages: 2

**EXHIBIT C:**    Oklahoma Open Records Act Request
           Date: October 4, 2025
           Re: Anthony Lee McAdams arrest records (Case CF-2024-00131, June 20, 2024)
           Includes: Duncan PD Incident Report documenting McAdams arrest
           Pages: 14

**EXHIBIT D:**    Video Transcript Index
           Date: September 8, 2025
           Content: Index referencing four transcript documents from September 8 investigation
           Video Evidence: Provided on accompanying thumb drive
           Pages: 2

*All exhibits are attached to the Complaint filed herewith.*

Dated: December 18, 2025
Respectfully submitted,

_____

JOSE MARIA DeCASTRO, Pro Se
5350 Wilshire Blvd, PO Box 36143
Los Angeles, CA 90036
Tel: (310) 963-2445
Email: chille@situationcreator.com

IN THE DISTRICT COURT IN AND FOR STEPHENS COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,            plaintiff,

NO. Cm-2025-529

-vs-
DECASTRO, Jose Maria            Defendant
White Male
DOB: 09/XX/1974
XXX-XX-2535

**FILED DISTRICT COURT**
Stephens County, Okla.

**DEC 1 0 2025**

**MELODY HARPER**
Court Clerk

## PROBABLE CAUSE AFFIDAVIT

**I, Detective Suzannahe Smith, being first duly sworn, upon oath, hereby depose and state as follows:**

I, Suzannahe Smith, am a Sergeant with the Duncan Police Department in Stephens County, State of Oklahoma. I have been a CLEET-certified and commissioned peace officer for the Duncan Police Department, in Stephens County, in the State of Oklahoma, since February 2013. Your affiant has attended the CLEET Academy and received more than 2400 hours of continuing education from CLEET courses, United States Department of Justice (DOJ) courses, Drug Enforcement Administration (DEA) courses, numerous other State and Federal Agency Courses, and currently holds an Advanced Peace Officers Certification in the State of Oklahoma. During my employment, your affiant has been assigned as a Patrol Officer, a K9 Handler, to the Drug Enforcement Administration (DEA) HIDTA Task Force, Oklahoma City District Office, and is currently assigned to the Criminal Investigations Division since May of 2023.

## FACTUAL BASIS FOR PROBABLE CAUSE

As probable cause for believing that said crime(s) was committed and that said crime(s) were committed in the City Limits of Duncan, Stephens County, and the State of Oklahoma, I allege, and state as follows:

On September 8, 2025, at approximately 1439 hours, I, Sgt. Suzannahe Smith was in the Duncan Police Department when Civilian Records Clerk Lori Adams passed me in the hallway, walking towards the south door to exit into the south parking lot. Adams mentioned there were individuals around her vehicle.

I followed Adams to the door and observed two females, one identified as Heather CHANDLER and the second unknown, in the south parking lot, looking into Adams' personal vehicle. CHANDLER and the unknown female were touching the windows, and appeared to be placing a cellular phone on the windows to photograph and/or record the interior of the vehicle. I returned to my office and reviewed video camera footage of the individuals in the parking lot.

1

At approximately 1431 hours, I observed a male later identified as Jose Maria DECASTRO, walking through the parking lot and carrying a long pole with a recording device attached to it. DECASTRO approached several parked "pull units" and looked into each while also placing the device on the windows to capture the interior of the units.

At approximately 1433 hours, I observed DECASTRO peering into Detective Connor Newman's department-issued unit, a silver Ford F150 bearing Oklahoma License Plate PYA020. DECASTRO appeared to be taking a video/photographing the interior of the vehicle, then pulled on the left (driver's side) door handle, but failed to make entry. DECASTRO proceeded to look inside each investigator's unit, appearing to video/photograph the interior of each unit. At approximately 1435 hours, DECASTRO was standing between Lt. William Fitzhugh's unit and mine. DECASTRO is seen peering into both units. DECASTRO pulled Lt. Fitzhugh's left (driver's side) door handle, again failing to make entry. Lt. Fitzhugh's unit is a silver Ford F150 bearing Oklahoma License Plate QHB922.

I continued to review the camera footage and observed DECASTRO, Heather CHANDLER, and the unknown female continue to walk around numerous other parked units in the south lot, look in and photographing/videoing the interior and exterior of each.

At approximately 1450 hours, I approached the south door of the police department and observed DECASRO, CHANDLER, and the unknown female reapproach Detective Newman's unit and peer into the driver's side windows. DECASTRO then walked between Lt. Fithugh's unit and mine, peered into each, and pulled the door handle of my unit. My unit is described as a silver Ford F150 bearing an Oklahoma License Plate PLX241.

I am familiar with the facts set forth in this affidavit based on a review of certain administrative reports, statements of witnesses regarding the defendant, and from these statements, reports, and from my own observations and knowledge; I submit that there is probable cause to believe that the crime(s) listed were committed:
**Molesting an Automobile or Motor Vehicle (21 O.S. § 1787).**

**Based upon this affidavit, the undersigned prays that this Honorable Court issue a finding of fact that there is probable cause for the issuance of an arrest warrant.**

Sergeant Suzannahe Smith

Subscribed and sworn to before me this 9th day of September, 2025.

My Commission Expires:
11-28-25

Notary Public

2

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court based upon the above said affidavit, and any attachments thereto, hereby determines there to be probable cause to arrest.

DATED this __10__ day of ___December___, 2025.

_____
JUDGE OF THE DISTRICT COURT

THE STATE OF OKLAHOMA,
    Plaintiff,

vs.

JOSE M DECASTRO
ADDR: 1258 Franklin St.
     Santa Monica, CA 90404
DL:    ****
SSN:  ***-**-
DOB:  September, 1974
     Defendant(s).

Case No. CM-2025-529

## INFORMATION

FOR:

| COUNT 1: | LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE ~ 21 O.S. § 1787, a MISDEMEANOR |
| COUNT 2: | LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE ~ 21 O.S. § 1787, a MISDEMEANOR |
| COUNT 3: | LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE ~ 21 O.S. § 1787, a MISDEMEANOR |

**STATE OF OKLAHOMA, COUNTY OF STEPHENS:**

I, Dan Jacobsma, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, give information that in said County of Stephens and in the State of Oklahoma, **JOSE M DECASTRO** did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1:** **LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE ~ a MISDEMEANOR**, on or about the 8th day of September, 2025, by willfully and wrongfully and intentionally molesting a certain motor vehicle to-wit: a Silver Ford F150 with Oklahoma License Plate Number PYA020 by walking around the parking lot at the Duncan Police Department, 100 S. 7th St. in Duncan, Oklahoma, and pulling the door handle on the drivers side door of Detective Connor Newman's police unit, and without the consent of Duncan Police Department, the owner thereof with the unlawful intent then and there on the part of said defendant to drive the vehicle for joyriding or any other purpose.

This crime is punishable for up to 1 year in prison and or a fine of up to $500.

**COUNT 2:** **LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE ~ a MISDEMEANOR**, on or about the 8th day of September, 2025, by willfully and wrongfully and intentionally molesting a certain motor vehicle to-wit: a Silver Ford F150 with Oklahoma License Plate Number QHB922 by walking around the parking lot at the Duncan Police Department, 100 S. 7th St. in Duncan, Oklahoma, and pulling the door handle on the drivers side door of Lt. William Fitzhugh's police unit, and without the consent of Duncan Police Department, the owner thereof with the unlawful intent then and there on the part of said defendant to drive the vehicle for joyriding or any other purpose.

This crime is punishable for up to 1 year in prison and or a fine of up to $500.

**COUNT 3:** **LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE ~ a MISDEMEANOR**, on or about the 8th day of September, 2025, by willfully and wrongfully and intentionally molesting a certain motor vehicle to-wit: a silver Ford F150 with Oklahoma License Plate Number PLX241 by walking around the parking lot at the Duncan Police Department, 100 S. 7th St. in Duncan, Oklahoma, and pulling the door handle on Sergeant Suzannahe Smith's police unit, and without the consent of Duncan Police Department, the owner thereof with the unlawful intent then and there on the part of said defendant to drive the vehicle for joyriding or any other purpose.

This crime is punishable for up to 1 year in prison and or a fine of up to $500.

DAN JACOBSMA
DISTRICT ATTORNEY

By

District Attorney

I, the undersigned, being duly sworn on my oath, declare that the statements set forth in the above information, and in review of the Probable Cause Affidavit by the arresting officer contained in the court file, are true and correct to the best of my knowledge and belief.

DAN JACOBSMA
DISTRICT ATTORNEY

By: _____

District Attorney

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Duncan Police Department, 100 S. 7th St., Duncan, OK 73533
Suzannahe Smith, DUNCAN POLICE DEPARTMENT
Lori Adams, DUNCAN POLICE DEPARTMENT

*Exhibit - C*

**Justin Ford**

| | |
|---|---|
| **From:** | Jennifer Huck |
| **Sent:** | Monday, October 6, 2025 7:13 AM |
| **To:** | Records; Lori Adams; Justin Ford |
| **Cc:** | Chris Deal; Kenzie Wheeler; Billie Strutton |
| **Subject:** | FW: Open Records Request Delete Lawz 10.6.2025 |

*Jennifer Huck*
*Records and Finance Data Entry Clerk*



**From:** Delete Lawz <deletelawz@gmail.com>
**Sent:** Saturday, October 4, 2025 12:38 AM
**To:** City Clerk Email <cityclerk@duncanok.gov>
**Subject:** re: Open Records Request

Some people who received this message don't often get email from deletelawz@gmail.com. Learn why this is important

Dear Ms. Johnson,

I hope this email finds you well and that you're having a wonderful day in Duncan!

My name is Jose Decastro, and I'm reaching out from Los Angeles to request some public records under the Oklahoma Open Records Act. I have a feeling we'll be getting to know each other pretty well over the coming months, as I anticipate needing to request records from your office fairly regularly. I surely do appreciate your time and assistance in advance!

Today, I'm requesting records related to **Case Number CF-2024-00131**, concerning the arrest of Anthony Lee McAdams on June 20, 2024, around 6:00 PM.

**Specifically, I'm looking for records involving these three officers:**

- Officer Bailey Webb
- Officer Michael Elroy
- Officer Jason Downs

**The records I'm hoping to obtain include:**

1

- Body camera footage (this is the big one!)
- Dash camera footage
- Arrest and incident reports
- Officer narratives and reports
- Evidence logs
- Witness statements
- Any other documentation related to this incident

If it's possible to provide these in electronic format (PDF for documents, standard video format for footage), that would be just wonderful and would help keep costs down for everyone.

I understand y'all have five business days to respond under the Oklahoma Open Records Act, and if there are any fees expected to exceed $25, I'd be much obliged if you could let me know in advance.

**My contact information:**
Jose Decastro
5350 Wilshire Blvd.
PO Box 36143
Los Angeles, CA 90036
Cell: 310.963.2445
Email: DeletelawZ@gmail.com

**I prefer email.**

Oh, by the way: I presume this is Christina Johnson? You wrote me previously. I did not receive anything in my P.O. box in LA. When can we expect those records? It's been a bit past five days.

Thank you so much for your help with this, Ms. Johnson. I truly appreciate you taking the time, and I look forward to working with you!

Warmest regards,
Jose Decastro



# Duncan Police Department
Uniform Incident/Offense Report for Case: 24-01641

24-01641

|  |  |
|---|---|
| **Nature:** Traffic Stop | **Address:** 4979 N HWY 81 |
| **Location:** | Duncan OK 73533 |

**Offense Codes:** TOFF, ESCA, OBST, FAPP
**Received By:** Ortiz, H          **How Received:** O          **Agency:** DPD
**Responding Officers:** Downs, J, Elroy, Michael, Ramsey, D, Sanchez,D, Thomas, Kirsten, Webb, J, Aguilera, A, Arnold, K
**Responsible Officer:** Ramsey, D          **Disposition:** ARR 06/28/24
**When Reported:** 19:45:45 06/20/24          **Occurred Between:** 19:45:45 06/20/24 and 19:45:45 06/20/24

|  |  |  |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:**

|  |  |  |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:**     **Sex:** | **Phone:** | **City:** , |

## Offense Codes
**Reported:**                                                    **Observed:**
**Additional Offense:** TOFF Traffic Offense
**Additional Offense:** ESCA Escape
**Additional Offense:** OBST Obstructing Justice
**Additional Offense:** FAPP False Application ID

## Circumstances
PSVH Pursuit
SUD Suspected, Drug Use
SUA Suspected, Alcohol Use

**Responding Officers:**          **Unit :**

| Officer | Unit |
|---|---|
| Downs, J | 33 |
| Elroy, Michael | R25 |
| Ramsey, D | 34 |
| Sanchez,D | 07 |
| Thomas, Kirsten | 23 |

10/06/25

*Uniform Incident/Offense Report for Case: 24-01641*                                    *Page 2 of 8*

Webb, J                          49
Aguilera, A                      57
Arnold, K

**Responsible Officer:** Ramsey, D              **Agency:** DPD
**Received By:** Ortiz, H                 **Last Radio Log:** 21:08:08 06/20/24 10-98
**How Received:** O Officer Initiat           **Clearance:** RP Report Taken
**When Reported:** 19:45:45 06/20/24          **Disposition:** ARR Date:  06/28/24
**Judicial Status:**                     **Occurred between:** 19:45:45 06/20/24
**Misc Entry:**                              **and:** 19:45:45 06/20/24

**Modus Operandi:**              **Description :**                    **Method :**

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 06/20/24 | Name | MCADAMS, ANTHONY LEE | Arrestee |
| 06/20/24 | Citation | [No description] | Citation |
| 06/20/24 | Citation | [No description] | Citation |
| 06/20/24 | Citation | [No description] | Citation |
| 06/20/24 | Offense | Offense#: 3998 - M - 1 count | Charged With |
| 06/20/24 | Offense | Offense#: 3999 - F - 1 count | Charged With |
| 06/20/24 | Offense | Offense#: 4000 - - 1 count | Charged With |
| 06/20/24 | Offense | Offense#: 4001 - M - 1 count | Charged With |
| 06/20/24 | Offense | Offense#: 4002 - - 1 count | Charged With |
| 06/20/24 | Cad Call | 19:45:45 06/20/24 Traffic Stop | Initiating Call |
| 06/20/24 | Property | Blood Sample 0 | Evidence |
| 06/20/24 | Evidence | | Evidence Incident |

10/06/25

## Narrative

On 6/20-2024, at approximately 1945 hrs., I was traveling East on Hwy 7 approaching the Lawton-Duncan Y. As I got close and was within approximately 1/8th of a mile from the intersection, I observed a silver Ford pickup traveling south on U.S. 81 through the intersection. The vehicle was traveling at a very high rate of speed which I estimated to be in excess of 100 MPH. I merged onto southbound U.S. 81 and began to try to catch up to the vehicle to pace it. I was unable to catch the vehicle as it was pacing faster than me at 113 MPH.

With my emergency lights on, I caught up to the vehicle when it became stuck behind two cars. The silver truck was in the left-hand lane near Osage with a vehicle in front of him while traveling south. The suspect vehicle swerved into the right lane and passed the car in the left lane and continued on. The vehicle in the left lane yielded to my emergency lights and moved over as I pursued.

The silver truck, bearing Oklahoma Tag NDV-324, made a very erratic move to the right and stopped on the shoulder near Kush Gardens dispensary. I stopped behind the truck and gave dispatch my location and requested a backup unit.

As I exited my patrol car, the white male driver stuck his head and arms out of the window and yelled at me he was an FBI agent and that he was undercover. I told him to show me his drivers license, and the subject held up his middle finger and floored his truck driving away from me south bound on U.S. 81. Having been a police officer for more than 19yr's, and having worked with numerous Federal Agents, I knew this behavior was not that of a FBI Agent. Now with the truck fleeing, I informed dispatch I was in a pursuit. I activated my audible siren and gave chase. The vehicle fled south towards Camelback in heavy traffic. When the subject came to the stop light at Camelback he was in the right-hand lane and stopped. As I caught up to him, he turned right onto Camelback and then into the parking lot of Lindas Carpet.

Once the vehicle stopped, he rolled his window down again and screamed at me he was FBI. I order the subject at gun point to exit the vehicle and he refused my commands. After numerous attempts to order him out of the vehicle he did finally exit. Once he exited he refused my commands to lie down on the ground. He came towards me yelling he wasn't getting down on the ground and screamed he was an FBI agent undercover. The subject got close to me as I holstered my weapon and attempted to gain control of his arm. The subject tensed and spun towards me in an assaultive manner as I delivered a baton strike to his lower leg area but missed. After the baton strike attempt, the subject backed away from me and still yelled unintelligible statements about me checking his credentials and other statements to the same effect.

The subject and I ended up in the front of his truck as I tried to convince him to submit to my arrest. He refused and my backup officers arrived. As they arrived, Officer's Sanchez and Elroy approached him from the rear and grabbed the suspect. As the grabbed him, he lunged towards me, and I again delivered a baton strike to his lower leg. Offer Sanchez, Elroy and my self were eventually able to gain control of the suspect, and place him under arrest. While down on the ground with the suspect I observed what smelled like and alcoholic beverage emitting from his person.

Once in handcuffs, the suspect, who was now identified as Anthony Lee McAdams, was placed in the rear of Officer Aguilera's patrol car. FTO Webb made the observation that the subject had pinpoint pupils which was consistent with the use of methamphetamine. FTO Webb utilized his K-9 partner and conducted a free air sniff of the vehicle's exterior. The K-9 alerted to the presence of narcotics however, none were found.

Based on the pinpoint pupils and the suspects erratic behavior and reckless driving, FTO Webb read him the states implied consent test request for a blood draw. The suspect agreed to the test and was transported to DRH where the test was administered. No SFST's were administered due to the fact that we had him in custody and had to use force to do so. While at the hospital, the suspect refused any other medical treatment and was transported to the county jail where he was booked.

The suspect's vehicle was released to his son along with a large amount of cash in the vehicle.

```
CHARGES
FALSE PERSONATION OF AN OFFICER
ELUDING PEACE OFFICER
RECKLESS DRIVING
RESISTING ARREST
```

## Sentryx Booking Information:

| | |
|---|---|
| **Sentryx Booking Number:**  2016 | **Name Number:**  16279 |

| | | |
|---|---|---|
| **Name:**  MCADAMS, ANTHONY LEE | **Address:** | 7169 S HILLSIDE DR |
| **Phone:**  ( ) - | | DUNCAN, OK 73533 |
| **DOB:**  07/30/71 | **Dr Lic:** | G080906517 |
| **Assigned Bed:**  " | **Current Location:** | " |
| **Booking Date:**  06/20/24 | | |

### Sentryx Arrest # 2010

| | | | |
|---|---|---|---|
| **Time/Date:**  19:45:45 06/20/24 | **Agency:**  DPD | | |
| **Age at Arrest:**  52 | **Location:**  KUSH GARDENS | **Officer:** | Downs, J |
| **Arrest Type:**  O | **Area:**  1 | **Reference:** | |
| **Disposition:** | | | |

### Sentryx Offense # 3998

| | | |
|---|---|---|
| **Statute:**  T-11-901.a | **NCIC:** | |
| **Offense:**  TOFF Traffic Offense | **Crime Class:**  M | |
| **Offense Reference:** | **Offense Type:**  TRI | **Offense Area:**  1 |
| **Related Incident:**  24-01641 | **Law Jurisdiction:**  TRI | |
| **Entry Code:** | **Offense Location:** | |
| **Court Code:** | **Offense Time/Date:**  19:45:45 06/20/24 | |
| **Offense Disposition:** | **Disposition Date:**  **/**/** | |

### Sentryx Offense # 3999

| | | |
|---|---|---|
| **Statute:**  21-540A.B | **NCIC:** | |
| **Offense:**  ESCA Escape | **Crime Class:**  F | |
| **Offense Reference:** | **Offense Type:**  STA | **Offense Area:**  1 |
| **Related Incident:**  24-01641 | **Law Jurisdiction:**  DIS | |
| **Entry Code:** | **Offense Location:** | |
| **Court Code:** | **Offense Time/Date:**  19:45:45 06/20/24 | |
| **Offense Disposition:** | **Disposition Date:**  **/**/** | |

### Sentryx Offense # 4000

| | | |
|---|---|---|
| **Statute:**  21 OS 540 | **NCIC:** | |
| **Offense:**  OBST Obstructing Justice | **Crime Class:** | |
| **Offense Reference:** | **Offense Type:**  MUNI | **Offense Area:**  1 |
| **Related Incident:**  24-01641 | **Law Jurisdiction:**  DIS | |
| **Entry Code:** | **Offense Location:** | |
| **Court Code:** | **Offense Time/Date:**  19:45:45 06/20/24 | |
| **Offense Disposition:** | **Disposition Date:**  **/**/** | |

### Sentryx Offense # 4001

| | | |
|---|---|---|
| **Statute:**  21-264 | **NCIC:** | |
| **Offense:**  FAPP False Application ID | **Crime Class:**  M | |

*Uniform Incident/Offense Report for Case: 24-01641*                              *Page 6 of 8*

| | | | |
|---|---|---|---|
| **Offense Reference:** | | **Offense Type:** STA | **Offense Area:** 1 |
| **Related Incident:** 24-01641 | | **Law Jurisdiction:** DIS | |
| **Entry Code:** | | **Offense Location:** | |
| **Court Code:** | | **Offense Time/Date:** 19:45:45 06/20/24 | |
| **Offense Disposition:** | | **Disposition Date:** \*\*/\*\*/\*\* | |

10/06/25

*Uniform Incident/Offense Report for Case: 24-01641*                                    *Page 7 of 8*

## Property

|                      |                              |                    |                     |
|----------------------|------------------------------|--------------------|---------------------|
| **Property Number:** | 4764                         |                    |                     |
| **Item:**            | Blood Sample                 | **Owner Applied Nmbr:** |                |
|                      |                              |                    |                     |
| **Brand:**           |                              | **Model:**         |                     |
| **Year:**            | 0                            | **Quantity:**      | 1                   |
| **Meas:**            |                              | **Serial Nmbr:**   |                     |
| **Total Value:**     | $0.00                        | **Color:**         |                     |
| **Owner:**           | MCADAMS ANTHONY LEE 16279    |                    |                     |
| **Agency:**          | DPD Duncan Police Department | **Tag Number:**    |                     |
| **Accum Amt Recov:** | $0.00                        | **Officer:**       | Ramsey, D           |
| **UCR:**             | OTH Other                    | **UCR Status:**    |                     |
| **Local Status:**    | III                          | **Storage Location:** |                  |
| **Crime Lab Number:** |                             | **Status Date:**   | 06/20/24            |
| **Date Released:**   | **/**/**                     | **Date Recov/Rcvd:** | 06/20/24          |
| **Released By:**     |                              | **Amt Recovered:** | $0.00               |
| **Released To:**     |                              | **Custody:**       | 00:00:00 06/20/24   |
| **Reason:**          | placed into property         |                    |                     |
| **Comments:**        |                              |                    |                     |

*Uniform Incident/Offense Report for Case: 24-01641*                           *Page 8 of 8*

## Name Involvements:

Arrestee : 16279

| | | |
|---|---|---|
| **Last:** MCADAMS | **First:** ANTHONY | **Mid:** LEE |
| **DOB:** 07/30/71 | **Dr Lic:** G080906517 | **Address:** 7169 S HILLSIDE DR |
| **Race:** W     **Sex:** M | **Phone:** ( ) - | **City:** DUNCAN, OK 73533 |

10/06/25

## CASE SUMMARY

Duncan PD Case#:24-01641    Related Cases:

| DEFENDANT(S) | | | | |
|---|---|---|---|---|
| NAME | ADDRESS | Race | SEX | Age |
| MCADAMS, ANTHONY LEE | 7169 S Hillside Dr, Duncan, Ok | W | M | 52 |
| | | | | |
| | | | | |

| CRIME | DATE | TIME |
|---|---|---|
| FALSE PERSONATION OF AN OFFICER, ELUDING PEACE OFFICER, RECKLESS DRIVING, AND RESISTING ARREST. | 6/20/2024 | 2007 |
| **EVIDENCE TO BE SUBMITTED:** DASHCAM FOOTAGE, BODYCAM FOOTAGE, | | |
| **CHAIN OF CUSTODY:** MCGOURAN, AND RAMSEY TO DPD | | |

| WITNESSES | | | | | | |
|---|---|---|---|---|---|---|
| TO BE COMPLETED BY LAW ENFORCEMENT | | | | | | |
| | | | 1 | Master Officer WEBB | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 2 | Officer Ramsey | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 3 | Officer Elroy | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 4 | Officer Sanchez | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 5 | Officer Aguilera | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 6 | Master Officer Thomas | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 7 | Lieutenant Downs | 18 S. 7TH DUNCAN,OK | 580-255-2112 |
| | | | 8 | Sargent Arnold | 18 S. 7TH DUNCAN,OK | 580-255-2112 |

If 9 or more witnesses, attach page 2. Agency: **Duncan Police Dept.**
Page [1] of [1] pages. [All Defendants in custody___Y__.
Warrants requested for Defendant #s ___.
Report Date: June 20th 2024

IN THE DISTRICT COURT IN AND FOR STEPHENS COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,                    )
                                          )
                        Plaintiff,        )
                                          )
vs.                                       )              CF-
McAdams, Anthony Lee                      )
DOB: 7-30-1971                            )
W/M SS# 4803                              )
                        Defendant(s).)

## AFFIDAVIT

The undersigned upon oath deposes and states as follows, to-wit: That your Affiant, Jason Downs, is a certified and commissioned Police Officer in and for the City of Duncan, Stephens County, Oklahoma and is currently assigned to the Patrol Division.

On 6-20-2024, at approximately 1945 hrs., I was traveling East on Hwy 7 approaching the Lawton-Duncan Y. As I got close and was within approximately 1/8th of a mile from the intersection, I observed a silver Ford pickup traveling south on U.S.81 through the intersection. The vehicle was traveling at a very high rate of speed which I estimated to be in excess of 100 MPH. I merged onto southbound U.S 81 and began to try to catch up to the vehicle to pace it. I was unable to catch the vehicle as it was pacing faster than me at 113 MPH.

With my emergency lights on, I caught up to the vehicle when it became stuck behind two cars. The silver truck was in the left-hand lane near Osage with a vehicle directly in front of him. The silver truck was what I estimated to be less than 5 feet away from the rear of the vehicle in front of him while traveling south. The suspect vehicle swerved into the right lane and passed the car in the left lane and continued on. The vehicle in the left lane yielded to my emergency lights and moved over as I pursued.

The silver truck, bearing Oklahoma Tag NDV-324, made a very erratic move to the right and stopped on the shoulder near Kush Gardens dispensary. I stopped behind the truck and gave dispatch my location and requested a backup unit.

As I exited my patrol car, the white male driver stuck his head and arms out of the window and yelled at me he was an FBI agent and that he was under cover. I told him to show me his drivers license, and the subject held up his middle finger and floored his truck driving away from me south bound on U.S.81. Having been a police officer for more than 19yr's, and having worked with numerous Federal Agents, I knew this behavior was not that of a FBI Agent.

Now with the truck fleeing, I informed dispatch I was in pursuit. I activated my audible siren and gave chase. The vehicle fled south towards Camelback in heavy traffic. When the subject came to the stop light at Camelback he was in the right-hand lane and stopped. As I caught up to him, he turned right onto Camelback and then into the parking lot of Lindas Carpet.

Once the vehicle stopped, he rolled his window down again and screamed at me he was FBI. I order the subject at gun point to exit the vehicle and he refused my commands. After numerous attempts to order him out of the vehicle he did finally exit. Once he exited he refused my commands

to lie down on the ground. He came towards me yelling he wasn't getting on the ground and screamed he was an FBI agent under cover. The subject got close to me as I holstered my weapon and attempted to gain control of his arm. The subject tensed and spun towards me in an assaultive manner as I delivered a baton strike to his lower leg area but missed. After the baton strike attempt, the subject backed away from me and still yelled unintelligible statements about me checking his credentials and other statements to the same effect.

The subject and I ended up in front of his truck as I tried to convince him to submit to my arrest. He refused and my backup officers arrived. As they arrived, Officer's Sanchez and Elroy approached him from the rear and grabbed the suspect. As they grabbed him, he lunged towards me, and I again delivered a baton strike to his lower leg. Officer Sanchez, Elroy and my self were eventually able to gain control of the suspect and place him under arrest. While down on the ground with the suspect I observed what smelled like an alcoholic beverage emitting from his person.

Once in handcuffs, the suspect, who was now identified as Anthony Lee McAdams, was placed in the rear of Officer Aguilera's patrol car. FTO.Webb made the observation that the subject had pinpoint pupils which was consistent with the use of methamphetamine. FTO Webb utilized his K-9 partner and conducted a free air sniff of the vehicle's exterior. The K-9 alerted to the presence of narcotics however, none were found.

Based on the pinpoint pupils and the suspects erratic behavior and reckless driving, FTO Webb read him the states implied consent test request for a blood draw. The suspect agreed to the test and was transported to DRH where the test was administered. No SFST's were administered due to the fact that we had him in custody and had to use force to do so. While at the hospital, the suspect refused any other medical treatment and was transported to the county jail where he was booked

The suspects' vehicle was released to his son along with a large amount of cash in the vehicle.

## CHARGES
### False Personation of an Officer
### Eluding Peace Officer
### Reckless Driving
### Resisting Arrest

Based upon this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

Affiant/Jason Downs

Subscribed and sworn to before me this 20th day of June
2024.

My Commission expires: 1-13-28 _____
Notary Public

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain/issue warrant for the defendant(s).

Dated this _____ day of _____, 2024.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR STEPHENS COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,             plaintiff,

                                                      NO. Cm-2025-529

                                                      **FILED DISTRICT COURT**
                                                      Stephens County, Okla.

        -vs-
**DECASTRO, Jose Maria**             **Defendant**          **DEC 1 0 2025**
White Male
DOB: 09/XX/1974                                        **MELODY HARPER**
XXX-XX-2535                                              **Court Clerk**

## PROBABLE CAUSE AFFIDAVIT

**I, Detective Suzannahe Smith, being first duly sworn, upon oath, hereby depose and
state as follows:**

        I, Suzannahe Smith, am a Sergeant with the Duncan Police Department in
Stephens County, State of Oklahoma. I have been a CLEET-certified and commissioned
peace officer for the Duncan Police Department, in Stephens County, in the State of
Oklahoma, since February 2013. Your affiant has attended the CLEET Academy and
received more than 2400 hours of continuing education from CLEET courses, United
States Department of Justice (DOJ) courses, Drug Enforcement Administration (DEA)
courses, numerous other State and Federal Agency Courses, and currently holds an
Advanced Peace Officers Certification in the State of Oklahoma. During my
employment, your affiant has been assigned as a Patrol Officer, a K9 Handler, to the
Drug Enforcement Administration (DEA) HIDTA Task Force, Oklahoma City District
Office, and is currently assigned to the Criminal Investigations Division since May of
2023.

## FACTUAL BASIS FOR PROBABLE CAUSE

As probable cause for believing that said crime(s) was committed and that said crime(s)
were committed in the City Limits of Duncan, Stephens County, and the State of
Oklahoma, I allege, and state as follows:

        On September 8, 2025, at approximately 1439 hours, I, Sgt. Suzannahe Smith was
in the Duncan Police Department when Civilian Records Clerk Lori Adams passed me in
the hallway, walking towards the south door to exit into the south parking lot. Adams
mentioned there were individuals around her vehicle.
        I followed Adams to the door and observed two females, one identified as Heather
CHANDLER and the second unknown, in the south parking lot, looking into Adams'
personal vehicle. CHANDLER and the unknown female were touching the windows, and
appeared to be placing a cellular phone on the windows to photograph and/or record the
interior of the vehicle. I returned to my office and reviewed video camera footage of the
individuals in the parking lot.

1

At approximately 1431 hours, I observed a male later identified as Jose Maria DECASTRO, walking through the parking lot and carrying a long pole with a recording device attached to it. DECASTRO approached several parked "pull units" and looked into each while also placing the device on the windows to capture the interior of the units.

At approximately 1433 hours, I observed DECASTRO peering into Detective Connor Newman's department-issued unit, a silver Ford F150 bearing Oklahoma License Plate PYA020. DECASTRO appeared to be taking a video/photographing the interior of the vehicle, then pulled on the left (driver's side) door handle, but failed to make entry. DECASTRO proceeded to look inside each investigator's unit, appearing to video/photograph the interior of each unit. At approximately 1435 hours, DECASTRO was standing between Lt. William Fitzhugh's unit and mine. DECASTRO is seen peering into both units. DECASTRO pulled Lt. Fitzhugh's left (driver's side) door handle, again failing to make entry. Lt. Fitzhugh's unit is a silver Ford F150 bearing Oklahoma License Plate QHB922.

I continued to review the camera footage and observed DECASTRO, Heather CHANDLER, and the unknown female continue to walk around numerous other parked units in the south lot, look in and photographing/videoing the interior and exterior of each.

At approximately 1450 hours, I approached the south door of the police department and observed DECASRO, CHANDLER, and the unknown female reapproach Detective Newman's unit and peer into the driver's side windows. DECASTRO then walked between Lt. Fithugh's unit and mine, peered into each, and pulled the door handle of my unit. My unit is described as a silver Ford F150 bearing an Oklahoma License Plate PLX241.

I am familiar with the facts set forth in this affidavit based on a review of certain administrative reports, statements of witnesses regarding the defendant, and from these statements, reports, and from my own observations and knowledge; I submit that there is probable cause to believe that the crime(s) listed were committed:
**Molesting an Automobile or Motor Vehicle (21 O.S. § 1787).**

**Based upon this affidavit, the undersigned prays that this Honorable Court issue a finding of fact that there is probable cause for the issuance of an arrest warrant.**

Sergeant Suzannahe Smith

Subscribed and sworn to before me this 9th day of September, 2025.

My Commission Expires:
11-28-25

Notary Public

LORI A. ADAMS
NOTARY
#17010915
EXP. 11-28-25
PUBLIC
STATE OF OKLAHOMA

2

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court based upon the above said affidavit, and any attachments thereto, hereby determines there to be probable cause to arrest.

DATED this 10 day of December , 2025.

_____
JUDGE OF THE DISTRICT COURT

**EXHIBIT D**

**VIDEO TRANSCRIPT INDEX**
**September 8, 2025 Investigation**
Duncan Police Department, Duncan, Oklahoma

*Filed in support of Plaintiff's Emergency Motion for Temporary Restraining Order*

*These transcripts are provided for identification and reference only and are not offered for the truth of the matters asserted unless and until admitted at hearing.*

*The following four (4) transcript documents memorialize video recordings made by Plaintiff Jose Maria DeCASTRO and colleague Wild Journey Nation during their September 8, 2025 investigation at the Duncan Police Department:*

**1. Transcripts-Video_1A.docx**
First segment of investigation documenting arrival and initial observations of Duncan Police Department parking lot and patrol vehicles.

**2. Transcripts-Video_2B.docx**
Second segment documenting interaction with Lori Adams (Duncan PD employee) on September 8, 2025. Shows Ms. Adams requesting cessation of photography and documentation activities. Documents interactions on September 8, 2025 preceding the September 9 notarization of the affidavit.

**3. Transcripts-Video_3C.docx**
Third segment documenting continued investigation, testing of vehicle door security, and observations of unsecured AR-15 rifles visible in patrol vehicles.

**4. DuncanPD_LiveStream_Sept_08_2025.docx**
Primary livestream transcript documenting Plaintiff's stated purpose: "This is Heather Chandler. It's the reason why we came today." Includes meeting with Major Woods, reporting of AR-15 security observations, and Major Woods' response that conduct was within department policy with no indication of criminal activity.

**CONTENT SUMMARY:**

• **Stated Purpose:** "This is Heather Chandler. It's the reason why we came today" - investigation of Officer McReynolds' interactions with Ms. Chandler

• **Security Testing:** Documentation of security testing procedures; all vehicles locked; no entry gained

• **Major Woods Meeting:** Meeting with supervising officer; discussion of observations; no indication that conduct was improper

• **Lori Adams Interaction:** September 8 interaction with Duncan PD employee who notarized September 9 arrest affidavit

• **Investigation Context:** References to investigating Officer McReynolds' traffic stop practices involving Ms. Chandler

*All video recordings corresponding to these transcripts are provided on accompanying thumb drive.*

*Authenticated by Declaration of Jose Maria DeCASTRO, Paragraph 16.*