FILED

Name: Jose DeCastro
Address: 5350 Wilshire
PO Box 36143
LA CA 90036
Phone:
Fax: 310-963-2445

☑ In Pro Per

2025 DEC 18 PM 3:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DeCastro, Jose Maria

Plaintiff
v.

City of Duncan, Oklahoma

Defendant(s).

CASE NUMBER: CV25-11981-SB(ADS)

NOTICE OF LODGING

(Enter document title in the space provided above)

Video 1A + Transcripts
Video 2B + Transcripts
Video 3C + Transcripts
Video: Deklee Laws is Live! + Transcripts
Video: Heather Chandler is Being Stalked
Video: Heather Chandler Bike pull over

[signature] 12-18-25

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT