NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jose DeCastro
5350 Wilshire
PO Box 36143
LA. CA 90036

ATTORNEY(S) FOR:

FILED    CLEAR FORM

2025 DEC 18 PM 3: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DeCastro, Jose M.
                                  Plaintiff(s),
            v.
City of Duncan (OK)
                                  Defendant(s)

CASE NUMBER:
CV25-11981-SB (ADS)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Jose M. De Castro
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Suzanne Smith | officer/detective |
| Conner Newman | cop - officer |
| William Fitzhugh | officer - detective |
| Brian Attaway | Chief of Police |
| David Hammond | City Atty |
| John Does 1-10 | More unknown Persons |

12/18/25
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES