UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
2025 DEC 29 PM 2:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

| | |
|---|---|
| JOSE MARIA DECASTRO, )<br>)<br>Plaintiff, )<br>)<br>v. ) Case No. 2:25-cv-11981-SB-ADS<br>)<br>CITY OF DUNCAN, OKLAHOMA, )<br>et al., )<br>)<br>Defendants. ) | |

### STATUS REPORT AND MOTION TO TRANSFER VENUE

Pursuant to this Court's December 22, 2025 Order, Plaintiff files this status report and respectfully requests transfer to the United States District Court for the Western District of Oklahoma.

### I. PLAINTIFF INTENDS TO PROSECUTE THIS ACTION

Plaintiff intends to continue prosecuting his civil rights claims under 42 U.S.C. § 1983 for violations of the First and Fourth Amendments arising from his arrest and prosecution in Duncan, Oklahoma.

### II. CURRENT STATUS OF STATE COURT PROCEEDINGS

On December 22, 2025, Plaintiff filed a Motion to Quash Arrest Warrant in the underlying Oklahoma state criminal case (*State of Oklahoma v. Jose Maria DeCastro*, Case No. CM-2025-529, District Court of Stephens County). That motion challenges the warrant on multiple constitutional grounds including lack of probable cause, First Amendment violations, due process violations, and procedural defects. Plaintiff is actively raising all available constitutional defenses in the Oklahoma state court.

### III. TRANSFER IS APPROPRIATE AND SERVES JUDICIAL ECONOMY

**A. Venue Is Improper in the Central District of California**
Under 28 U.S.C. § 1391(b), venue is proper only where: (1) any defendant resides (if all reside in same state); (2) a substantial part of events occurred; or (3) any defendant is subject to personal jurisdiction (fallback provision).
All defendants reside in Oklahoma. All events occurred in Duncan, Oklahoma (Stephens County). No defendant has minimum contacts with California sufficient to establish personal jurisdiction. Venue is therefore improper in this district.

**B. Western District of Oklahoma Is the Proper Venue**
The Western District of Oklahoma encompasses Duncan, Oklahoma. All defendants reside within that district, all events occurred there, and all witnesses and evidence

are located there. This case could and should have been brought in the Western District of Oklahoma.

### C. Transfer Serves the Interests of Justice

Transfer under 28 U.S.C. § 1406(a) (improper venue), or alternatively § 1404(a), serves multiple interests:

**1. Judicial Economy:** The Western District of Oklahoma is best positioned to coordinate with the ongoing state court proceedings and to address any *Younger* abstention issues.

**2. Convenience:** All parties, witnesses, and evidence are located in Oklahoma, not California.

**3. Preservation of Claims:** Transfer preserves Plaintiff's federal claims in proper venue without requiring dismissal and refiling, which would waste judicial resources and impose unnecessary costs.

**4. No Prejudice to Defendants:** Defendants are located in Oklahoma and defending in their home district imposes no burden.

### D. Younger Abstention Can Be Addressed by the Transferee Court

This Court noted *Younger* abstention concerns in its December 22, 2025 Order. Plaintiff respectfully submits that the Western District of Oklahoma is the appropriate forum to address those issues, as that court can coordinate with the ongoing state proceedings and determine the proper course—whether to stay this action pending state court resolution or to proceed on claims not subject to abstention.

Transfer does not resolve the *Younger* issues but places those issues before the court best positioned to manage them in light of the parallel state proceedings. Plaintiff does not presently seek injunctive relief interfering with the ongoing state prosecution and recognizes that abstention or a stay may be appropriate pending resolution of the criminal case.

## IV. SERVICE STATUS

Plaintiff has not yet completed service on defendants. Upon transfer to the Western District of Oklahoma, Plaintiff will promptly serve all defendants in accordance with Federal Rule of Civil Procedure 4 and the Western District's local rules.

## CONCLUSION

In the interest of justice and judicial economy, Plaintiff respectfully requests that this Court transfer this action to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. § 1406(a) (improper venue), or alternatively § 1404(a).

Respectfully submitted,

Date: December 29, 2025

_____
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd.
PO Box 36143
Los Angeles, CA 90036
Email: Chille@situationcreator.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Status Report and Motion to Transfer Venue was served upon all parties via the Court's CM/ECF system on this 29th day of December, 2025.

_____
Jose Maria DeCastro